*Mr. Saul Kozuck* and *Mrs. Elaine Kozuck, in propria personae.*

*Mr. Richard S. Semel* for the respondent.

October 3, 1967. Denied.

HARRY M. LEWBART, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. BOROUGH OF BARRINGTON, *ETC.*, DEFENDANTS-RESPONDENTS, AND PAUL WEINBERG, *ET AL.*, THIRD-PARTY PLAINTIFFS-PETITIONERS, v. PHILIP KRUVANT, *ET AL.*, THIRD-PARTY DEFENDANTS-RESPONDENTS.

*Messrs. Clapp & Eisenberg* for the third-party plaintiffs-petitioners.

*Messrs. Wallace, Douglas, Gerry & Mariano* and *Mr. Sam Denstman* for the third-party defendants-respondents.

October 17, 1967. Denied.

MARVIN BURLEW, JR., PLAINTIFF-PETITIONER, v. CROCKER BROTHERS TRUCKING CO., INC., DEFENDANT-RESPONDENT.

*Mr. Richard P. Marcus* for the petitioner.

*Messrs. Krowen, D'Amico & Chernin* and *Mr. Peter Peletz, Jr.* for the respondent.

October 17, 1967. Denied.